CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 27, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER DENYING REORGANIZED DEBTOR'S MOTION TO CONTINUE EVIDENTIARY HEARING ON HNGH TURTLE CREEK LLC'S MOTION TO ENFORCE AGREED ORDERS**

CAME ON FOR CONSIDERATION by the Court the Reorganized Debtor's Motion to Continue Evidentiary Hearing on HNGH Turtle Creek LLC's Motion to Enforce Agreed Orders (the "Motion") [Docket No. 158], and the Court having reviewed same and for the reasons stated on the record, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion is **DENIED**.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor