Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**NOTICE OF FILING OF**
**DECLARATION OF TRIAL WITNESS RANDY MARX**
**CLARIFYING PRIOR TESTIMONY**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

1. My name is Randy P. Marx, I am over the age of twenty-one, of sound mind and capable of making this declaration.

2. I have personal knowledge of the statements contained herein, and they are true and correct.

3. I make this declaration to advise the Court of concerns that my prior testimony was not clear and is capable of being misconstrued.

4. I have gone through a transcription of my testimony, and wish to clarify the following.

5. First, I note that Exhibit D-6 which I was asked to review during my prior testimony of June 23, 2022, and was represented to me to be a redline of the Rescission of Deed

sent on behalf of the Debtor to HNGH's counsel, with redlines shown of the revisions thereto required by HNGH's counsel, which was not actually the case (as that redline was evidently inadvertently made by an assistant at the Lindauer law firm, compared to a prior v7 draft version of the Rescission of Deed, as opposed to the draft actually sent to HNGH counsel), and was somewhat confusing to me at the time of my prior testimony.

6. I have since had prepared a more accurate redline of the Rescission of Deed v9 actually sent on behalf of the Debtor to HNGH's counsel, with redlines shown of the revisions thereto required by HNGH's counsel, a copy of which (together with my interlineations) is attached hereto as Exhibit 1.

7. I testified on behalf of my lender client that prior to the targeted closing date, I had not signed off on the changes to the form of Rescission of Deed that were then required by HNGH's counsel (which we have referred to as the lender revised recission deed); and noted that the Debtor had not agreed to such at the time. (Page 54, lines 1-21; Page 56, line 5).

8. During my prior testimony, however, and on a somewhat impromptu basis, I was asked if I then thought that the lender revised rescission deed (wherein HNGH had substantially agreed to the more appropriate form) had addressed all of the items that I had been previously concerned about. To which, I generally responded I thought the lender revised rescission deed was much improved and may have been sufficient, other than as relates to the Texas/Delaware issue (Page 58, lines 13-21), and other than the fact that it had not been agreed to by the Debtor.

9. As to the first, I further testified that I thought the Texas/Delaware issue was fatal to the instrument. (Page 59, line 8). Secondly, though I thought the lender revised instrument was much improved, and substantially addressed my previously expressed concerns on behalf of my lender client, I do not recall being asked or testifying about the new concerns raised by

some of HNGH's changes, and why the Debtor did not agree to those requested or required changes of HNGH.

10. Particularly, I write to advise of my concern that my testimony may have been to some degree unclear or capable of being misconstrued, in light of the characterization that I had testified that all issues related to the rescission were resolved to my satisfaction and my client's, referring to the lender's satisfaction, other than the issue of Texas/Delaware issue. Page 181, lines 18-20.

11. That summary is incomplete in my opinion, as does not reflect the fact that the form was not agreed to nor the basis of the objections/ new concerns raised by some of HNGH's requested changes, which caused the Debtor not to agree to such, even before I had an opportunity to review the revised form at the time. I have now gone back through HNGH's required revisions, and provided a narrative of the manner in which such are objectionable. See Such narrative is attached, as a part of Exhibit 1.

12. I would be glad to make myself available should the Court or counsel be of the opinion that additional testimony on my part, to clear up the above, would be helpful to the Court and these proceedings.

13. My name is Randy Marx, my date of birth is 02/09/1960, and my address is 7362 NW County Road 150, Rice, Texas 75155, United States of America.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on June 28, 2022.

**/s/ Randy P. Marx**
Randy P. Marx, Declarant

Attachments:

Exhibit 1 the corrected redline (with objections noted in narrated comments inserted)

Exhibit 1

(as per the attached)

Legend: Red boxed narration demonstrates objectionable nature of the HNGH required revisions. rpm

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE OUT ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVERS LICENSE NUMBER

**AGREED RESCISSION**
**OF**
**SPECIAL WARRANTY DEED**
***(Instrument number 2021 003 271 72***
***recorded in the real property records of Dallas County, Texas on November 1, 2021)***

THE STATE OF TEXAS
COUNTY OF DALLAS

KNOW ALL MEN BY THESE PRESENTS: COUNTY OF DALLAS

WHEREAS Turtle Creek Dickason, Ltd conveyed certain property located at 2999 Turtle Creek Blvd, Dallas, Dallas County, Texas as further described on Exhibit A and incorporated herein including all improvements ("**Property**") to 2999TC Acquisitions, LLC, f/k/a MO 2999TC, LLC, a Delaware limited liability company, as evidenced by the Special Warranty Deed executed on September 20, 2019 and recorded on September 23, 2019 as instrument number 201900253449 in the real property records of Dallas county, Texas on which was subject to a Deed of Trust, Security Agreement, and Fixture Filing to 2999 Turtle Creek, LLC recorded on September 23, 2019 as instrument number 201900253450 in the real property records of Dallas County, Texas.

WHEREAS 2999TC Acquisitions, LLC, a Delaware limited liability company (the "**Grantor**") and HNGH Turtle Creek, LLC, a Delaware limited liability company (the "**Grantee**") as the successor in interest to and/or as the assignee of 2999 Turtle Creek, LLC (the "Original Lender") entered into a written agreement ("Agreement") under which Grantor agreed to convey the Property to Grantee upon the occurrence of certain agreed conditions.

WHEREAS Grantor executed the undated special warranty deed (the "**Deed**") on March 1, 2021, and delivered to Grantee to be held in escrow and to be effective and recorded only upon the occurrence of such agreed conditions as set forth in the Agreement;

WHEREAS Grantee dated the Deed as of October 29, 2021 ~~(which dating was not consented~~and on that same date filed the Deed with the Dallas County Clerk to ~~by Grantor) and~~be recorded ~~the Deed~~ in the real property records of Dallas County, Texas. Later that same day, Grantor filed a petition for bankruptcy relief under Chapter 11 of Title 11 of the United States Code, commencing bankruptcy case no. 21-31954-hdh11 (the "Bankruptcy Case"). On November 1, 2021, the Deed was recorded as **instrument number 2021 003 271 72** in the real property records of Dallas County, Texas;

Formatted: Header
Style Definition: Normal: Font: 12 pt, Font color: Black, Justified, Indent: Left: 0.01", Space After: 0.05 pt, Line spacing: Multiple 1.07 li, Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers
Style Definition ... [1]
Style Definition: Body Text
Style Definition: Title
Style Definition: List Paragraph
Style Definition: Table Paragraph
Formatted ... [2]
Formatted: Font: 12 pt
Formatted ... [3]
Formatted ... [4]
Formatted: Font: Bold
Formatted ... [5]
Formatted ... [6]
Formatted: Indent: Left: 0.02", Right: 0"
Formatted ... [7]
Formatted ... [8]
Formatted: Font: 12 pt
Formatted: Normal, Centered, Indent: Left: 0.02"
Formatted: Font: 12 pt, Not Bold, Not Italic
Formatted ... [9]
Formatted ... [11]
Formatted ... [10]
Formatted ... [13]
Formatted ... [12]
Formatted ... [15]
Formatted ... [14]
Formatted: Font: 12 pt
Formatted ... [16]
Formatted: Font: 12 pt
Formatted ... [17]
Formatted: Font: 12 pt
Formatted ... [18]
Formatted: Footer

Formatted: Header

WHEREAS, on November 1, 2021 (which recordation, too, was not consented to byin its Bankruptcy Case, Grantor, contested the filing and made the subject of an adversary proceeding in the Bankruptcy Court, defined below);recording of the Deed by Grantee, and Grantee asserted that the filing and recording of the Deed was valid and enforceable;

Formatted: Not Expanded by / Condensed by

Formatted: Font: 12 pt

Formatted: Footer

Formatted: Header



Formatted: Font: 10 pt

Formatted: Body Text, Line spacing: Multiple 0.06 li

Formatted: Header

# EXHIBIT "D5"

Formatted: Font: 10 pt

Formatted: Body Text, Line spacing: Multiple 0.06 li

Formatted: Header

~~Page 1~~

Formatted: Font: 10 pt

Formatted: Body Text, Line spacing: Multiple 0.06 li

"..shall.." inserted here is objectionable as suggests some additional required action in the future...

"Agreed Orders"

~~WHEREAS Grantor filed for bankruptcy protection in the United States Bankruptcy Court for the Northern District of Texas ("Bankruptcy Court") on October 29, 2021 (Case no. 21-31954-hdh11) wherein Grantor disputed the right of Grantee to record the Deed and alleged that such recording was improper;~~

"..upon effectuation of all conditions precedent.........". this language is objectionable as vague and suggests that there may exist other conditions precedent (set forth in a separate written instrument(s) e.g. the Agreed Orders) that are to be satisfied prior to giving effect to this instrument of rescission......... And thus, this may be construed as creating an encumbrance and cloud on title upon the property. In effect, this instrument, with the objectionable changed requested by HNGH counsel, would be made "subject to" the referenced.

WHEREAS Grantor has retained sole and exclusive possession of the Property at all times and Grantee never occupied nor took possession of the Property; and

WHEREAS Grantee and Grantor have agreed as ordered by the Bankruptcy Court by Order signed December 10, 2021 (Dkt 64), as amended on March 17, 2022~~, for~~ (Dkt 940) (the "**Agreed Orders**"), that Grantee ~~to~~shall rescind and avoid the Deed, which shall be retroactive and effective as of October 29, 2021 upon effectuation of all conditions precedent set forth in the Agreed Order, and acknowledging and agreeing that no grant, sale, bargain, transfer, or conveyance of the Property occurred to the same extent as if the Deed had never been executed or recorded.

NOW THEREFORE Grantor and Grantee hereby incorporate by reference the recitals above, and **HEREBY RESCIND AND AVOID** in full, ***ab initio***, the execution, delivery, granting, and recording of the Deed and any and all grants, bargains, sales, transfers, and conveyances related to the Property otherwise effected in the hereby rescinded Deed, including any and all restrictions made therein, are HEREBY **EXPRESSLY RESCINDED** in full, ***ab initio***.

Further, as a result of such rescission, ***ab initio***, the parties hereto hereby expressly covenant, confirm, and agree that the lien(s) in favor of Grantee encumbering the Property prior to the recordation of the Deed rescinded hereby, namely:

~~(a)~~ (a) that certain Secured Promissory Note dated September 20, 2019 (the "Note"), in the original principal amount of $32,500,000, payable by the Grantor, as maker, to the order of Original Lender, as assigned to HNGH, the current payee and holder of the Note, and

~~(b)~~ (b) the lien on and security interest against the Property created by that certain Deed of Trust, Security Agreement and Fixture Filing dated September 20, 2019 and recorded on September 23, 2019 as instrument number 201900253450 in the real property records of Dallas County, Texas~~;~~ (the "First Lien Deed of Trust");

rpm note: this appears now not to be accurate. Require confirmation of such.

**SHALL BE AND ARE HEREBY REINSTATED** and did not merge into the greater fee estate of the Grantee upon the recordation of the Deed rescinded hereby.

Formatted: Font color: Auto

Formatted: Font: 12 pt

[22]

Formatted: Font: 10 pt

Formatted: Body Text, Line spacing: Multiple 0.06 li

Formatted: Header

Formatted: Font: 12 pt

Formatted: Footer, Line spacing: single

rpm comment: add the following.......

(that, by way of the deed being rescinded hereby),.......

Grantee represents, warrants, and affirms (i) that it never occupied nor took possession of the Property; (ii) that it has not caused or permitted the Property to be encumbered in any way except which have otherwise been fully released as recorded in the property records of Dallas County, Texas; (iii) that it has no claims related to the Property except as set forth herein through reinstatement of its Note and First Lien Deed of Trust; (iv) and that upon rescission it ~~has~~shall have acquired no rights, title, or interests of any kind in the Property. other than the reinstatement of its Note and First Lien Deed of Trust in accordance with the Agreed Orders.

The effect of this rescission shall be as if any conveyance, transfer, sale, bargain, or grant of the Property by way of the Deed never happened and Grantor and Grantee and as such, the Deed is void and of no force and effect, from the beginning.

*[Signature Pages to Follow]*

This section was drafted to confirm that (lender) never took possession, encumbered the property and has no claims arising from the deed being rescinded.

These insertions requested by HNGN counsel seek to carveout from those confirmations, its reinstated Note and liens which arise from this instrument of rescission.

As such, the insertions are not necessary, and objectionable, as cause confusion as to the instrument being referred to, and constitute a further cloud on the title to the property in the hands of the debtor, and its successors in interest.

"... upon rescission".... This language, as inserted by HNGH, is objectionable, as suggests that this instrument alone is not sufficient to rescind, and that there may be some other instrument(s) to effectuate the actual rescission.
'dThe prior acceptable provision included only an express definitive statement: that (lender) has acquired no rights, title or interests of any kind in the Property (by way of the deed being rescinded).
'dAs revised by HNGH, this language suggest that "upon rescission" (which is suggestive that this instrument alone is not sufficient to rescind, and that there may be some other instrument(s) to effectuate the actual rescission), then (lender) shall have acquired no rights......
'dThe effect of the above is that the definitive statement requested, has been converted by HNGH counsel to an "if, then" conditional statement, that constitutes a cloud on the title to the property in the hands of the debtor, and its successors in interest.

**Formatted:** Font: 12 pt

**Formatted:** Footer, Line spacing: single

IN WITNESS WHEREOF, Grantor has executed this AGREED RESCISSION OF SPECIAL WARRANTY DEED on the______ day of __________________ 2022.

**2999TC ACQUISITIONS, LLC,**
a Delaware limited liability company
formerly known as MO 2999TC, LLC

By: ______________________________
By: ______________________________
Name: Timothy Barton
Title: President

STATE OF TEXAS

COUNTY OF __________________

BEFORE ME, the undersigned Notary Public, on this day personally appeared Timothy Barton, known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of 2999TC Acquisitions, LLC, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated, and furthermore represents he has such authority.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the ______ day of______ __________________ 2022.
2022.

______________________________

______________________________
Notary Public in and for the State of __________________
My Commission Expires: __________________

**Formatted:** Header
**Formatted** ... [26]
**Formatted:** Normal, Indent: Left: 0.15", First line: 0.49", Right: 0", Space Before: 0 pt, After: 13.9 pt, Line spacing: Multiple 1.06 li, Tab stops: Not at 3.16" + 5.09"
**Formatted:** Font: 12 pt
**Formatted:** Normal, Indent: Left: 0.18", Hanging: 0.01", Right: 0", Space Before: 0 pt
**Formatted:** Font: Bold, All caps
**Formatted** ... [27]
**Formatted:** Normal, Indent: Left: 3"
**Formatted** ... [28]
**Formatted:** Normal, Indent: Left: 3", Right: 0"
**Formatted:** Font: 12 pt, All caps
**Formatted:** Normal, Indent: Left: 3"
**Formatted:** Font: 12 pt
**Formatted:** Not Expanded by / Condensed by
**Formatted:** Normal, Indent: Left: 3", Right: 0"
**Formatted:** Font: 12 pt
**Formatted:** Normal, Indent: Left: 0.18", Hanging: 0.01", Right: 0", Space After: 10.25 pt, Line spacing: Multiple 1.06 li
**Formatted** ... [29]
**Formatted:** Font: 12 pt
**Formatted:** Normal, Indent: Left: 0.18", Hanging: 0.01", Right: 0", Space Before: 0 pt, After: 6.4 pt, Line spacing: Multiple 1.06 li
**Formatted** ... [30]
**Formatted:** Font: 12 pt
**Formatted:** Normal, Indent: Left: 0.18", Hanging: 0.01", Space Before: 0 pt
**Formatted:** Not Expanded by / Condensed by
**Formatted:** Normal, Left, Indent: Left: 0.18", Hanging: 0.01", Right: 0", Line spacing: single, Tab stops: Not at 6.56"
**Formatted:** Not Expanded by / Condensed by
**Formatted:** Not Expanded by / Condensed by
**Formatted** ... [32]
**Formatted** ... [31]
**Formatted:** Font: 12 pt
**Formatted:** Footer, Line spacing: single

**Formatted:** Header

**Formatted:** Font: 12 pt

**Formatted:** Footer, Line spacing: single

IN WITNESS WHEREOF, Grantee has executed this AGREED RESCISSION OF SPECIAL WARRANTY DEED on the______ day of __________________ 2022.

**HNGH ~~TURTLE CREEK~~TURTLE CREEK, LLC**
a Delaware limited liability company

By: ____________________________________
Name: ______________________________
Title: ____________________________________

STATE OF TEXAS

COUNTY OF ____________________

BEFORE ME, the undersigned Notary Public, on this day personally appeared ____________________ known to me to be the person and officer whose name is subscribed to the foregoing instrument on behalf of HNGH Turtle Creek, LLC, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, as the act and deed of said limited liability company and in the capacity therein stated and furthermore represents he and it has such authority, as the successor in interest of the Original Lender (as defined hereinabove), and the sole owner and holder of the Note and associated liens.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this the ______ day of______ ______________ 2022.

____________________________
Notary Public in and for the State of __________________
My Commission Expires: __________________

Formatted: Header

Formatted ... [33]

Formatted: Normal, Indent: Left: 0.15", First line: 0.49", Right: 0", Space Before: 0 pt, After: 13.9 pt, Line spacing: Multiple 1.06 li, Tab stops: Not at 3.16" + 5.09"

Formatted: Font: 12 pt, Bold

Formatted: Font: Bold, All caps

Formatted ... [34]

Formatted: Normal, Left, Indent: Left: 3"

Formatted ... [35]

Formatted: Font: 12 pt, All caps

Formatted: Normal, Indent: Left: 3"

Formatted: Font: 12 pt

Formatted: Normal, Left, Indent: Left: 3", Right: 0", Tab stops: Not at 6.05"

Formatted: Font: 12 pt

Formatted: Normal, Indent: Left: 0.18", Hanging: 0.01", Right: 0", Space After: 10.25 pt, Line spacing: Multiple 1.06 li

Formatted ... [36]

Formatted: Font: 12 pt

Formatted ... [37]

Formatted ... [38]

Formatted: Normal, Left, Indent: Left: 0.18", Hanging: 0.01", Right: 0", Space Before: 0 pt, After: 6.4 pt, Tab stops: Not at 1.92"

Formatted: Font: 12 pt, Font color: Red

Formatted: Normal, Indent: Left: 0.18", Hanging: 0.01", Space Before: 0 pt

Formatted: Not Expanded by / Condensed by

Formatted: Not Expanded by / Condensed by

Formatted: Normal, Left, Indent: Left: 0.18", Hanging: 0.01", Right: 0", Space After: 0.25 pt, Line spacing: Multiple 1.06 li, Tab stops: Not at 6.56"

Formatted: Font: 12 pt

Formatted ... [39]

Formatted: Normal, Indent: Left: 2.43", Hanging: 0.01", Right: 0", Space Before: 0 pt, After: 0.25 pt, Line spacing: Multiple 1.06 li, Tab stops: Not at 6.29"

Formatted: Font: 12 pt

Formatted: Footer, Line spacing: single

**Formatted:** Left: 0.84", Right: 1.16", Top: 0.98", Bottom: 0.58", Header distance from edge: 0.5", Footer distance from edge: 0.57", Different first page

**Formatted:** Font: 10 pt

**Formatted:** Footer

EXHIBIT A
PROPERTY DESCRIPTION

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.

**Formatted:** Header

**Formatted:** Not Expanded by / Condensed by

**Formatted:** Centered, Indent: Left: 0.18", First line: 0", Right: 0", Space Before: 0 pt

**Formatted:** Font: 12 pt

**Formatted:** Normal, Space Before: 0 pt, After: 8 pt, Line spacing: Multiple 1.08 li

**Formatted:** Font: 10 pt

**Formatted:** Footer

**Page 1: [1] Style Definition John J. Kane 6/28/2022 7:01:00 PM**

Heading 1: Font: Not Bold, Font color: Black, Indent: Left: 0.01", Space After: 24.65 pt, Line spacing: Multiple 1.08 li, Widow/Orphan control, Keep with next, Keep lines together, Adjust space between Latin and Asian text, Adjust space between Asian t

**Page 1: [2] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Indent: Left: 0.02", Right: 0", Space Before: 0 pt, After: 14.25 pt, Line spacing: Multiple 1 li

**Page 1: [3] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold

**Page 1: [3] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold

**Page 1: [3] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold

**Page 1: [4] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, Not Expanded by / Condensed by

**Page 1: [5] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Normal, Centered, Indent: Left: 0.02", Right: 0"

**Page 1: [6] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [6] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [6] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [6] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [7] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Underline, Font color: Auto

**Page 1: [7] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Underline, Font color: Auto

**Page 1: [7] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Underline, Font color: Auto

**Page 1: [7] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Underline, Font color: Auto

**Page 1: [7] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Underline, Font color: Auto

**Page 1: [7] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Underline, Font color: Auto

| **Page 1: [7] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Underline, Font color: Auto

| **Page 1: [7] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Underline, Font color: Auto

| **Page 1: [7] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Underline, Font color: Auto

| **Page 1: [7] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Underline, Font color: Auto

| **Page 1: [7] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Underline, Font color: Auto

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 1: [8] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [8] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| Page 1: [9] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Normal, Indent: Left: 0.01", Right: 0.02", Space Before: 0 pt

| Page 1: [10] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Indent: Left: 0.01", Right: 0.02", Space Before: 0 pt, Line spacing: single

| Page 1: [11] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Not Expanded by / Condensed by

| Page 1: [11] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Not Expanded by / Condensed by

| Page 1: [11] Formatted | John J. Kane | 6/28/2022 7:01:00 PM |
|---|---|---|

Not Expanded by / Condensed by

**Page 1: [12] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Indent: Left: 0.01", First line: 2.99", Right: 0.02"

**Page 1: [13] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [13] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [13] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [13] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [13] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [13] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [14] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Normal, Left, Indent: Left: 0.01", First line: 0.49", Right: 0.02", Line spacing: single

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [15] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [16] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [17] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 1: [18] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

| **Page 1: [18] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto

| **Page 1: [18] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto

| **Page 1: [18] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto

| **Page 1: [18] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto

| **Page 1: [18] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto

| **Page 1: [18] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto

| **Page 1: [18] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto

| **Page 1: [18] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

| **Page 5: [19] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [19] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto, Not Expanded by / Condensed by

**Page 5: [20] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [20] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [20] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [20] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [21] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [21] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [21] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [21] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [21] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [21] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [21] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [21] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 5: [22] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [23] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [24] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font color: Auto

**Page 7: [25] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [25] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [25] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 7: [25] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [26] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [27] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 8: [27] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 8: [27] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 8: [27] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 8: [27] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 8: [28] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [28] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [28] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [28] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [28] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [28] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [28] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [28] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [29] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [29] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [30] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [31] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Normal, Indent: Left: 2.43", Hanging: 0.01", Right: 0", Space Before: 0 pt, After: 0.25 pt, Line spacing: Multiple 1.06 li, Tab stops: Not at 6.29"

**Page 8: [32] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [32] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [32] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [32] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [32] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [32] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 8: [32] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [33] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [34] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 10: [34] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 10: [34] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 10: [34] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Font: Bold, All caps, Not Expanded by / Condensed by

**Page 10: [35] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [35] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [35] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [35] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [35] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [36] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [36] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [37] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

| **Page 10: [38] Formatted** | **John J. Kane** | **6/28/2022 7:01:00 PM** |
|---|---|---|

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [38] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [39] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [39] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [39] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [39] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [39] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [39] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by

**Page 10: [39] Formatted John J. Kane 6/28/2022 7:01:00 PM**

Not Expanded by / Condensed by