John J. Kane (TX Bar No. 24066794)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Telecopier: (214) 777-4299
E-mail: jkane@krcl.com

**Counsel for HNGH Turtle Creek, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-SWE-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

## SUPPLEMENTAL EXHIBIT LIST FOR HEARING

HNGH Turtle Creek, LLC ("**HNGH**") hereby files this *Supplemental Exhibit List* for the hearing on the *Motion to Enforce Agreed Orders* [Docket No. 134] (the "**Motion**") before the Honorable Scott W Everett, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division:

## EXHIBITS

The HNGH may offer into evidence one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 86a | *HNGH Wire Instructions to Debtor for Payment at Closing redacted* | | | |
| 121 | *May 30, 2022 Email from Kane to Nambiar, Blakely, and Christensen re: Collateral Assignment of Note and Lien* | | | |
| 121a | *Release of Collateral Transfer of Note and Lien* | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 121b | *Release of Collateral Transfer of Note and Lien – tracked changes* | | | |

The HNGH reserves the right to (i) use any exhibits presented by any other party; (ii) use any exhibits not listed here for impeachment and rebuttal purposes; and (iii) supplement and amend this Witness and Exhibit List prior to the scheduled Hearing.

DATED: July 1, 2022

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2022, a true and correct copy of the foregoing document was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this proceeding, and (ii) via e-mail on the parties listed below.

Joyce W. Lindauer
JOYCE W. LINDAUER ATTORNEY, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
E-mail: joyce@joycelindauer.com

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
E-mail: ustpregion06.da.ecf@usdoj.gov

Steven C. Metzger
Metzger Law PLLC
3626 N. Hall St, Suite 800
Dallas, Texas 75219
E-mail: smetzger@pmklaw.com

*/s/ John J. Kane*
John J. Kane