WIRING INSTRUCTIONS
FROST NATIONAL BANK

THE FROST NATIONAL BANK
100 W. Houston Street
San Antonio, Texas 78205

ABA: 114000093

Account Name: HNGH Turtle Creek, LLC

Account Number: REDACTED

Swift Code: REDACTED

**EXHIBIT 86a**