John J. Kane (TX Bar No. 24066794)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Telecopier: (214) 777-4299
E-mail: jkane@krcl.com

**COUNSEL FOR HNGH TURTLE CREEK, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-SWE-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

# NOTICE OF HEARING ON HNGH TURTLE CREEK, LLC'S MOTION TO STRIKE AND EXCLUDE DECLARATION OF RANDY MARX AND NEWLY CREATED DOCUMENT ATTACHED THERETO

**[Relates to Docket No. 205]**

**PLEASE TAKE NOTICE** that HNGH Turtle Creek, LLC's *Motion to Strike and Exclude Declaration of Randy Marx and Newly Created Document Attached Thereto* has been set for hearing on **Wednesday, July 6, 2022, at 9:00 a.m. (prevailing central time)** (the "**Hearing**"). The Hearing will take place **VIA WEBEX** before the Honorable Judge Scott W. Everett, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via WebEx videoconference, and parties in interest wishing to appear at the Hearing can do so by videoconference or telephone using the following link and telephone information:

**For WebEx Video Participation/Attendance**
Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**
Dial-In: 1.650.479.3207
Meeting ID: 476 420 189

**PLEASE TAKE FURTHER NOTICE** the WebEx Hearing Instructions may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/WEBEX%20HEARING%20LINK%20FOR%20JUDGE%20EVERETT.pdf.

DATED: July 5, 2022

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: 214.777.4200
Fax: 214.777.4299
E-mail: jkane@krcl.com

***COUNSEL TO HNGH TURTLE CREEK, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 5, 2022, a true and correct copy of the foregoing document was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this proceeding.

*/s/ John J. Kane*
John J. Kane