**From:** O. Rey Rodriguez <rrodriguez@feesmith.com>
**Sent:** Friday, June 17, 2022 6:49 PM
**To:** John J. Kane <jkane@krcl.com>
**Cc:** O. Rey Rodriguez <rrodriguez@feesmith.com>; Patti Altaffer <paltaffer@feesmith.com>
**Subject:** Pending FRE 106 Motion to Compel In re 2999TC Acquisitions, LLC, Debtor, Case No. 21-31954

FSSV

Fee, Smith, Sharp & Vitullo LLP
Texas Trial Attorneys
Dallas Austin Houston

Three Galleria Tower 13155 Noel Road Suite 1000 Dallas, Texas 75240 P 972-934-9100 F 972-934-9200
877-FEESMITH feesmith.com

***Oscar Rey Rodriguez***
*Certified Texas Board of Legal Specialization*
*Civil Appellate Law*

rrodriguez@feesmith.com

June 17, 2022

***Via Email*** *jkane@krcl.com*
Mr. John J. Kane, Esq.
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202

Re: Pending Bankruptcy Court "Motion to Enforce Agreed Orders" Proceedings,
*In re 2999TC Acquisitions, LLC, Debtor,* **Case No. 21-31954-hdh11**,
United States Bankruptcy Court for the Northern District of Texas, Dallas, TX.

Dear Mr.Kane:

As I am unaware of any response to the detailed phone message I left you on Thursday, 6/16/2022 before my 12:50 pm flight boarding at DFW, I am now resorting to writing you as I described in that message.

Without waiver or limitation, the Reorganized Debtor in the above-captioned proceedings specifically demands immediate production of all those referenced but missing attachments, documents, pdfs and items including but not to those referenced in HGNH's Exhibit List Items 6, 24, 27-29, 31, 33-36, 36A, 39-42, 54-57, 59-63, 65, 67, 69, 71, 72, 75, 76, 80-83, 86, 88, 94, 98, 99, 101-106, 106a-110.

Thank you for your cooperation with this important, re-urged and time-sensitive request.

Very truly yours,

**FEE, SMITH, SHARP & VITULLO, L.L.P.**

*Oscar Rey Rodriguez*, Senior Appellate Counsel