**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, June 17, 2022 7:09 PM
**To:** O. Rey Rodriguez <rrodriguez@feesmith.com>; joyce@joycelindauer.com
**Cc:** Patti Altaffer <paltaffer@feesmith.com>; Brian Clark <bclark@krcl.com>
**Subject:** Re: Pending FRE 106 Motion to Compel In re 2999TC Acquisitions, LLC, Debtor, Case No. 21-31954

Your motion mentioned exhibits that hadn't already been produced to your client. Most of the exhibits with attachments are emails with your client. Surely you don't expect me to provide you attachments you already have?

Is there some exhibit you'd like to specifically identify that is missing an exhibit? I asked you this same thing five minutes after you filed your motion with the court, which has no negative notice and isn't set for hearing. You still haven't pointed to anything specific and your motion was filed after your client already agreed to the admission of my exhibits in their then existing form.

Ignoring my email since last Sunday, then acting like this is some urgent emergency is not helpful. I'm trying to ensure if there is some exhibit that is both correspondence with a party other than your client and missing an attachment, that I provide you that attachment as a professional courtesy.

Exhibits are already admitted. So since I'm doing you a professional courtesy, I would appreciate you being specific with your request. You've got exhibit 33 included, for instance, but your client was CCd on that email and has been using 33a, the attachment, for 6 hours of questioning. So how is that possibly a legitimate request?

John J. Kane
972-672-6915

On Jun 17, 2022, at 6:49 PM, O. Rey Rodriguez <rrodriguez@feesmith.com> wrote:

FSSV
Fee, Smith, Sharp & Vitullo LLP
Texas Trial Attorneys
Dallas Austin Houston

Three Galleria Tower 13155 Noel Road Suite 1000 Dallas, Texas 75240 P 972-934-9100 F 972-934-9200
877-FEESMITH feesmith.com

*Oscar Rey Rodriguez*
*Certified Texas Board of Legal Specialization*
*Civil Appellate Law*

rrodriguez@feesmith.com
June 17, 2022

***Via Email*** ***jkane@krcl.com***
Mr. John J. Kane, Esq.
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202

Re: Pending Bankruptcy Court "Motion to Enforce Agreed Orders" Proceedings,
*In re 2999TC Acquisitions, LLC, Debtor,* **Case No. 21-31954-hdh11**,
United States Bankruptcy Court for the Northern District of Texas, Dallas, TX.

Dear Mr.Kane:

As I am unaware of any response to the detailed phone message I left you on Thursday, 6/16/2022 before my 12:50 pm flight boarding at DFW, I am now resorting to writing you as I described in that message.

Without waiver or limitation, the Reorganized Debtor in the above-captioned proceedings specifically demands immediate production of all those referenced but missing attachments, documents, pdfs and items including but not to those referenced in HGNH's Exhibit List Items 6, 24, 27-29, 31, 33-36, 36A, 39-42, 54-57, 59-63, 65, 67, 69, 71, 72, 75, 76, 80-83, 86, 88, 94, 98, 99, 101-106, 106a-110.

Thank you for your cooperation with this important, re-urged and time-sensitive request.

Very truly yours,

**FEE, SMITH, SHARP & VITULLO, L.L.P.**

*Oscar Rey Rodriguez*, Senior Appellate Counsel