Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**NOTICE OF WITHDRAWAL OF MOTION OF REORGANIZED DEBTOR UNDER FED. R. EVID. 106 TO COMPEL IMMEDIATE PRODUCTION FOR REVIEW AND POTENTIAL ADMISSION OF MISSING DOCUMENTS AND ATTACHMENTS FROM HGNH'S EMAIL EVIDENCE**
**(Docket No. 160)**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW** 2999TC Acquisitions, LLC, the Debtor in the above-styled and referenced bankruptcy case, and files this its Notice of Withdrawal of Motion of Reorganized Debtor Under Fed. R. Evid. 106 to Compel Immediate Production for Review and Potential Admission of Missing Documents and Attachments from HGNH's *[sic]* Email Evidence [Docket No. 160]. Debtor no longer desires to pursue the Motion at this time as the parties have reached an agreement.

Dated: June 8, 2022.

Respectfully submitted,

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties receiving electronic notice in this case.

/s/ Joyce W. Lindauer
Joyce W. Lindauer