Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-swe** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing on the Debtor's *Motion to Voluntarily Dismiss Debtor's Chapter 11 Bankruptcy Case* [Docket No. 71] will be held on **September 1, 2022, at 1:30 p.m.** before the Honorable Scott W. Everett, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. Parties may appear in person or via WebEx Video Conference. The WebEx conference link may be accessed here: https://us-courts.webex.com/meet/everett. To participate telephonically, parties must dial 1-650-479-3207 and enter Meeting ID 476 420 189. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

Dated: July 8, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: 972-503-4033
Facsimile: 972-503-4034
Email: joyce@joycelindauer.com
Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 8, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# WebEx Hearing Instructions
## Judge Scott W. Everett

**EXHIBIT "A"**

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Scott W. Everett are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1-650-479-3207; Access code: 476 420 189

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic-only mode using the WebEx dial-in and access code above.
- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf
- **Witnesses are required to attend the hearing in the WebEx video mode, and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court. The Court may consider special requests for other appearance options on a case-by case-basis.
- All WebEx hearing attendees are required to comply with Judge Everett's Telephonic and Videoconference Hearing Policy (included within Judge Everett's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.
- **NOTE: The Court requests one copy of the exhibits be delivered to the Court in electronic format (USB/thumb drive) prior to the hearing** by the date that they would normally be exchanged pursuant to our local rules. Please deliver to**: US Bankruptcy Court, ATTN: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.**

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .
- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/everett" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Everett's Dallas courtroom as the

location for the hearing.

**CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING**

The court will allow participation in a virtual hearing using either of the following two methods. Please connect at least 10 minutes prior to the hearing time. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours before the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a phone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the court.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me At" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call in via phone (audio only).**

Webex dial-in number: 1-650-479-3207 (access code: 476 420 189).

HELPFUL HINTS AND ETIQUETTE

- Please use the mute function when you are not speaking. Please be aware that sometimes the court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should dial *6 to unmute your line.
- Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record.
- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.
- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.
- WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.
- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).
- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.
- Participants are reminded that they should wear attire suitable for court.
- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy.

EXHIBITS AND DEMONSTRATIVE AIDS

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our

local rules using the "list (witness/exhibit/generic)" OR "notice (generic)" OR "Support/Supplemental document" event in ECF.

Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

- During the hearing, lawyers can refer to (and offer) their exhibits by referencing the exhibit's docket number for the court and all to access. After the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. You should consider emailing exhibits to witnesses ahead of time since theymay not have access to PACER.
- **NOTE: The Court requests one copy of the exhibits be delivered to the Court in electronic format (USB/thumb drive) <u>prior to the hearing</u>** by the date that they would normally be exchanged pursuant to our local rules. Please deliver to**: US Bankruptcy Court, ATTN: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.**

Label Matrix for local noticing
0539-3
Case 21-31954-swe11
Northern District of Texas
Dallas
Fri Jul 8 13:35:42 CDT 2022

2999TC Acquisitions, LLC
13901 Midway Rd.
Suite 102
Dallas, TX 75244-4388

Blackfoot Interest, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K Knighton
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

L. Allen Hodges III, Individually
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

L. Allen Hodges III, as Independent Executor
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

LAH III Family Specific Interest, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

Tejas Group, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Avingstone International
Leconfield House
Curzon Street
London W1J5JA
United Kingdom

BC Collaborations LLC
3101 Avondale Avenue
Fort Worth, TX 76109-1002

Bluefrog Plumbin+Drain
9101 Lyndon B Johnson Freeway
Suite 300
Dallas, TX 75243-1900

Brockette Davis Drake Inc.
4144 N. Central Expressway
Suite 100
Dallas, TX 75204-2187

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Fwy. Ste. 1000
Dallas, TX 75207-2328

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313-9066

Dorsey & Whitney LLP
300 Crescent Court
Suite 400
Dallas, TX 75201-7847

FAB Studio
5005 Greenville Ave
Suite 155
Dallas, TX 75206-4043

Greenburg Traurig
2101 L Street NW
Washington, DC 20037-1526

HNGH Turtle Creek, LLC
c/o John J. Kane
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202-3705

HNGH Turtle Creek, LLC
c/o Rusty O'Kane
Wick Phillips
3131 McKinney Ave., Suite 100
Dallas, TX 75204-2430

HR Sterling LLC
13901 Midway Rd
Suite 102
Dallas, TX 75244-4388

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development, LLC
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133

Jackson Walker LLP
Suzan Kedron
2323 Ross Avenue
Suite 600
Dallas, TX 75201-2725

Jackson Walker, LLP
P.O. Box 130989
Dallas, TX 75313-0989

Law Office of Bruce K Thomas
12900 Preston Rd
Suite 590
Dallas, Texas 75230-1353

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Max M. Wayman and Associates Inc.
2650 River Park Drive
Fort Worth, TX 76116-0718

McMurry Law, PLLC
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

Metzger Law PLLC
3626 N. Hall Street
Suite 800
Dallas, TX 75219-5133

Morrelli Design Consultants LLC
1400 San Ysidro Drive
Beverly Hills, CA 90210-2109

Nitya Capital
8901 Gaylord
Suite 100
Houston, TX 77024-3042

Pacheco Koch
7557 Rambler Road
Suite 1400
Dallas, TX 75231-2388

Quick Moves Resources
6810 Parkdale Dr.
Dallas, TX 75227-5828

Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Robin Phelan
Phelanlaw
4214 Woodfin Drive
Dallas, TX 75220-6416

SLS Consultants LLC
4222 Roseland Avenue
Suite 106
Dallas, TX 75204-4448

Talley Associates, Inc.
1925 San Jacinto
Suite 400
Dallas, TX 75201-7107

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Concord Group LLC
369 San Miguel Drive
Suite 265
Newport Beach, CA 92660-7846

Tim Barton
Metzger Law, PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

West & Associates LLP
320 S. RL Thornton Freeway
Suite 300
Dallas, TX 75203-1842

Joyce Lindauer
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202-4042

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Robin Eric Phelan
Robin Phelan Law
4214 Woodfin Drive
Dallas, TX 75220-6416

Tim Barton
1755 Wittington, Suite 340
Dallas, TX 75234-1930

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Centennial Bank d/b/a Happy State Bank | (u)HNGH Turtle Creek, LLC | (u)JMJ Development LLC |

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 51 |
| Bypassed recipients | 3 |
| Total | 54 |