CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 7, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-swe** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEBTOR'S MOTION TO REOPEN TESTIMONY**

CAME ON FOR CONSIDERATION by the Court the Debtor's Motion to Reopen Testimony (the "Motion") [Docket No. 215], and the Court having reviewed same and for the reasons stated on the record, finds good cause to grant the Motion in part and deny the Motion in part. It is, therefore

**ORDERED** that the request to reopen the testimony of Randy Marx is GRANTED; and it is further

**ORDERED** that the request to admit into evidence the Declaration of Randy Marx and exhibit attached thereto filed at Docket No. 198 is DENIED.

# # # END OF ORDER # # #

Approved as to Form and Substance

/s/ John J. Kane (w/permission)
John J. Kane
State Bar No. 24066794
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, TX 75202
Attorneys for HNGH Turtle Creek, LLC

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Attorneys for Debtor